IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Cork, Bernadetta M | Case Number:  04 B 22880 |
| | Judge:  Hollis, Pamela S |
| Printed:  10/7/08 | Filed:  6/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed:  September 5, 2008
Confirmed:  August 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 16,308.00 | |
| Secured: | | 9,781.14 |
| Unsecured: | | 2,020.45 |
| Priority: | | 0.00 |
| Administrative: | | 2,743.00 |
| Trustee Fee: | | 824.41 |
| Other Funds: | | 939.00 |
| Totals: | 16,308.00 | 16,308.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,743.00 | 2,743.00 |
| 2. | Meadows Credit Union | Secured | 9,781.14 | 9,781.14 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 57.79 |
| 4. | Meadows Credit Union | Unsecured | 955.83 | 1,841.49 |
| 5. | Peoples Energy Corp | Unsecured | 10.79 | 0.00 |
| 6. | SBC | Unsecured | 40.72 | 78.43 |
| 7. | Commonwealth Edison | Unsecured | 22.19 | 42.74 |
| 8. | ENH Medical Group | Unsecured | | No Claim Filed |
| 9. | ENH Radiology | Unsecured | | No Claim Filed |
| 10. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 11. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 12. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 13. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 14. | Sprint PCS | Unsecured | | No Claim Filed |
| 15. | PLS Financial | Unsecured | | No Claim Filed |
| 16. | AT&T Broadband | Unsecured | | No Claim Filed |
| | | | $ 13,583.67 | $ 14,544.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 186.47 |
| 4% | 36.23 |
| 3% | 31.71 |
| 5.5% | 166.11 |
| 5% | 45.30 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Cork, Bernadetta M

Printed:  10/7/08

Case Number:  04 B 22880
Judge:  Hollis, Pamela S
Filed:  6/16/04

```
         4.8%              79.74
         5.4%             278.85
                         _____
                        $ 824.41
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____